THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN O. SMITH, Appellant.— Judgment modified by reducing the sentence to the time already served. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Callahan, J., dissents and votes to affirm.

IDA BOB et al., as Trustees under the Will of GEDALE BOB, Deceased, Respondents, v. IRVING J. BOB, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Accounting of NATIONAL CITY BANK OF NEW YORK, as Trustee, and CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under a Trust Agreement Made by FREDERICK EBLE, Deceased, Respondents. GEORGE BEACH, as Administrator with the Will Annexed of Frederick Eble, Deceased, et al., Appellants; ANNIE BRYANT et al., Respondents.— Final order unanimously affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore and Shientag, JJ. [191 Misc. 190.]

NUTA SLESIN, as Executrix of BENO SLESIN, Deceased, Respondent, v. AEROVEAS NACIONALES DE COLOMBIA, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, p. 875.]

NATHAN WILSON, Appellant, v. SARAH J. E. W. KILMER et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of RENATO LEONARDI, Respondent, against G. M. CROCETTI, INC., et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. The date for the inspection to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore and Van Voorhis, JJ.

In the Matter of the Application to Stay Arbitration between UNITED STATES FOREIGN CORPORATION, Respondent-Appellant, and LAWRENCE PRINT WORKS, INC., Appellant-Respondent.— Order appealed from by the Lawrence Print Works, Inc., unanimously reversed, with $20 costs and disbursements to said appellant, and the motion of the United States Foreign Corporation in all respects denied. Order, so far as appealed from by the United States Foreign Corporation, unanimously affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

ABCO MOVING & STORAGE CORP., Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [193 Misc. 96.] [See *post*, p. 823.]

HERBERT MITCHELL, Appellant, v. ZARKIN MACHINE Co., INC., Defendant, and EMIL K. ELLIS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, pp. 885, 1034.]